GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HUTCHERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KHUSAR MOBLEY, ) <br> OTIS MOBLEY and ) <br> D'MARCE HUTCHERSON ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CR-12-00235 YGR <br><br> STIPULATED REQUEST TO REFER CASE FOR VOLUNTARY SETTLEMENT CONFERENCE BEFORE MAGISTRATE COURT AND [PROPOSED] ORDER |

The above-captioned matter is set on October 25, 2012 before this Court for a motion and trial setting hearing. Pursuant to Local Criminal Rule 11-1(a), the parties jointly request that the Court refer this case to the Honorable Nathanael Cousins for a voluntary settlement conference on October 9, 2012 at 1:30 p.m.

Local Criminal Rule 11-1(a) provides that at any time prior to a final pretrial conference, the "attorney for the government and the attorney for a defendant, acting jointly, may request that the assigned Judge refer the case to another Judge or magistrate Judge to conduct a settlement conference." In a multi defendant case, not all defendants need to participate, however, in this case, all three charged defendants request a settlement conference.

1     The parties are diligently working on the settlement of this matter and believe it would be
2 an efficient use of judicial resources for this Court to refer this case to Magistrate Judge Cousins
3 to facilitate the final stages of the parties' plea negotiations.  The parties contacted Judge
4 Cousins' courtroom deputy and the court is available on October 9, 2012 at 1:30 p.m.  The
5 parties would like for all three defendants to be present at the settlement conference.

6

7 DATED: September 27, 2012                                 /S/
                                                            JAMES C. MANN
8                                                              NATALIE LEE
                                                     Assistant United States Attorneys
9

10 DATED: September 27, 2012                                 /S/
                                                             RICHARD MAZER
11                                                              Counsel for Khusar Mobley

12
    DATED: September 27, 2012                                 /S/
13                                                              SUZANNE MORRIS
                                                             Counsel for Otis Mobley
14

15 DATED: September 27, 2012                                 /S/
                                                            ANGELA M. HANSEN
16                                                            Assistant Federal Public Defender
                                                                 Counsel for D'Marce Hutcherson
17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above and pursuant to Local Criminal Rule 11-1(a), the Court hereby refers this case for a settlement conference on October 9, 2012 at 1:30 p.m. before the Honorable Magistrate Judge Nathanael Cousins.

October 1, 2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge