UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **DMARCE HUTCHERSON**, <br> Defendant. | Case No. 12-cr-00235-YGR-3 <br><br> **ORDER DENYING CERTIFICATE OF APPEALABILITY** <br><br> Re: Dkt. No. 255 |

On November 10, 2016, the Court denied defendant Dmarce Hutcherson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. section 2255. (Dkt. No. 255.) The Court hereby further **DENIES** defendant's request for a certificate of appealability. Reasonable jurists would not "find the [Court's] assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: November 23, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**