# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

**Petition for Warrant for Person Under Supervision**

| | |
|---|---|
| **Person Under Supervision**<br>Dmarce Hutcherson | **Docket Number**<br>0971 4:12CR00235-003 YGR |

**Name of Sentencing Judge:**   The Honorable Yvonne Gonzalez Rogers
United States District Judge

**Date of Original Sentence:**   May 16, 2013

**Original Offense:**   Count Two: 18 U.S.C. § 111(b)- Assault on a Federal Officer, a Class C felony. Count Four: 18 U.S.C. § 924(c)(1)(A)- Using, Carrying, Possessing, and Brandishing a Firearm During, in Relation to, and in Furtherance of a Crime of Violence, Class A felony.

**Original Sentence:** 105 months custody in total (21 months custody on Count Two and 84 months on Count Four to be served consecutive); 5 years of supervised release in total (3 years of supervised release in Count Two and 5 years of supervised release in Count Four to be served concurrently).

**Special Conditions:**   $200 special assessment; abstain from all alcohol; shall not have contact with Khusar Mobley and Otis Mobley; participate in testing and treatment for drug abuse; shall not associate with Deep C Gang or any other gang; expanded search; shall not have contact with victims or witnesses; shall not possess firearms, ammunition, destructive devices, or other dangerous weapons; employed at least part time or perform 20 hours community service; and DNA.

**Prior Form(s) 12:** On March 31, 2021, Your Honor took judicial notice of Mr. Hutcherson having his drug treatment condition suspended.

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>September 13, 2019 |
| **Assistant U.S. Attorney**<br>James C. Mann | **Defense Counsel**<br>Angela Hansen (AFPD) |

**Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision.**

I, Julian Horta, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my

RE:   Hutcherson, Dmarce                                                                                                         2
         0971 4:12CR00235-003 YGR

information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe Mr. Hutcherson violated the standard condition which states he shall not commit another federal, state, or local crime. |

On October 7, 2021, the probation officer received an ATLAS hit notification stating Mr. Hutcherson was arrested by Contra Costa County Sheriff's Deputies on October 6, 2021. The probation officer contacted Deputy Ballard who stated Mr. Hutcherson was arrested on several offenses that include, PC 245(a)(2)- Assault with a firearm on a person, PC 148(a)(1)- obstructing a peace officer, and PC 1203.2- probation violation.

Deputy Ballard stated that while on late night patrol on October 6, 2021, she recognized a green van that fit the description of a prior shooting earlier that night when a victim was struck and transported to the hospital. When license plates were confirmed of being the same vehicle from the shooting, officers tried to conduct a traffic enforcement stop but the van failed to yield, and pursuit ensued. When officers where able to catch up to the vehicle, all subjects jumped out the van and a foot pursuit began for the subjects. Deputies were able to apprehend Mr. Hutcherson and arrested him for the above charges. Deputy Ballard stated the van had several firearms and shell casings. Due to the nature of the ongoing investigation for the shooting they have not completed a report. Deputy Ballard stated the reports will be under 21-10042 for the arrest and 21-10037 for the shooting investigation. As of this writing, the probation officer has not received either reports.

Evidence of the violation conduct can be found in the Probation Office's chronological entries dated October 7, 2021.

**RE:**   Hutcherson, Dmarce 3
      0971 4:12CR00235-003 YGR

Based on the foregoing, there is probable cause to believe that Dmarce Hutcherson violated the conditions of his supervised release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                                   Reviewed by:

_____                          _____
Julian Horta                                              Kevin L. Thomas
U.S. Probation Officer                                    Supervisory U.S. Probation Officer
Date Signed: October 7, 2021

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X]   The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE. THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

[ ]   Other:


 October 7, 2021                                          _____
Date                                                      Yvonne Gonzalez Rogers
                                                          United States District Judge

NDC-SUPV-FORM 12C(2)  4/6/2015

**RE:**   Hutcherson, Dmarce                                                                                                          4
             0971 4:12CR00235-003 YGR


APPENDIX

Grade of Violations:  A

Criminal History at time of sentencing:  I

| **Count 2** | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Count 2: Two years<br>18 U.S.C. §3583(e)(3) | Count 2: 12-18 months<br>USSG §7B1.4(a)(l), p.s. |
| **Supervised Release:** | Count 2: Three years minus any custody imposed<br>18 U.S.C. §3583(h) | Count 2: Three years minus any custody imposed<br>USSG §7B 1.3(g)(2), p.s. |
| **Probation:** | Not applicable | Not applicable |

| **Count Four** | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Count 4: Five years<br>18 U.S.C. §3583(e)(3) | Count 4: 24-30 months<br>USSG §7B1.4(a)(l), p.s. |
| **Supervised Release:** | Count 4: Five years minus any custody imposed<br>18 U.S.C. §3583(h) | Count 4: Five years minus any custody imposed<br>USSG §7B 1.3(g)(2), p.s. |
| **Probation:** | Not applicable | Not applicable |